IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF NYGÅRD INTERNATIONAL PARTNERSHIP FOR ORDER татаTAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782<br>_____ / | **No. C 09-80310 MISC JW (RS)**<br><br>**ORDER GRANTING IN PART APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782** |

Upon reading the accompanying Application of Nygård International Partnership for Order to Take Discovery Pursuant to 28 U.S.C. § 1782 (the "Application"), the Declaration of Bart A. Lazar in support thereof, and the exhibits attached thereto, and it appearing that the requirements of 28 U.S.C. § 1782 have been satisfied, the Court, therefore,

**HEREBY ORDERS** that the Application is **granted in part**; and

**FUTHER ORDERS** that Applicant Nygård International Partnership ("Nygård") is authorized, pursuant to 28 U.S.C. § 1782, to issue a subpoena to Google, Inc. ("Google") in the form attached hereto as Exhibit A, pursuant to Fed. R. Civ. P. 45, and hereby appoints Aaron Belzer to issue, sign and serve such subpoena upon Google.

1

**FURTHER ORDERS** that Google is directed to comply with such subpoena in accordance with, and subject to its rights under, Federal Rule of Civil Procedure and the Rules of this Court; and

**FURTHER ORDERS** that Nygård shall deliver copies of this order and any subpoena issued pursuant to this order to the parties to the Canadian action identified in its Application.

Nygård's request for leave to serve additional subpoenas on yet-to-be identified parties is denied without prejudice. Should Nygård subsequently identify additional parties it wishes to subpoena, it may file a further application under this same case number.

IT IS SO ORDERED.

Dated: 12/15/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE