|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NYGARD INTERNATIONAL PARTNERSHIP, | ) ) ) | Case No.: C 09-80310 JW (PVT) |
| Plaintiff, | ) ) | **INTERIM ORDER re Plaintiff's Further Application for Order Granting Leave to Serve Additional Subpoena to Google, Inc.** |
| v. | ) ) | |
| CANADIAN BROADCASTING CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

On March 3, 2010, Plaintiff filed a Further Application for Order Granting Leave to Serve Additional Subpoena to Google, Inc. Having reviewed the papers submitted by Plaintiff, the court finds it appropriate to issue this order without oral argument. Based on the application and the file herein,

IT IS HEREBY ORDERED that Plaintiff shall promptly file and serve (on Defendants as well as Google, Inc.) a notice of motion setting the matter for hearing on this court's law and motion calendar (heard Tuesdays at 10:00 a.m.) *See* Civil L.R. 7. If Plaintiff believes an order shortening time is warranted, it may file either a stipulation or motion seeking an order shortening time for hearing the motion pursuant to Civil Local Rule 6. If Plaintiff believes there is authority allowing it to bring the motion on an *ex parte* basis, it shall file a supplemental brief setting forth any such legal

authority.

IT IS FURTHER ORDERED that Plaintiffs shall, along with the notice of motion, file and serve a supplemental brief that addresses the comment poster's First Amendment right to anonymous speech. *See, e.g., Doe v. 2TheMart.com Inc.*, 140 F.Supp.2d 1088 (W.D. Wash. 2001) (noting that disclosure of a non-party who posts comments on the internet anonymously "is only appropriate in the exceptional case where the compelling need for the discovery sought outweighs the First Amendment rights of the anonymous speaker"); *see also, Best Western Intern., Inc. v. Doe*, 2006 WL 2091695 (D.Ariz. 2006) and cases cited therein.

IT IS FURTHER ORDERED that Plaintiff shall promptly meet and confer with non-party Google regarding whether Plaintiff should have requested sealing for any portions of Exhibit D to the Declaration of Aaron Belzer in Support of Further Application of Nygard International Partnership for Order Granting Leave to Issue Additional Subpoena to Google, Inc. (Docket No. 7.)

Dated: *March 5, 2010*

PATRICIA V. TRUMBULL
United States Magistrate Judge